UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON D. BLACK,<br><br>                            Plaintiff,<br><br>             v.<br><br>GUZEL GANIEVA, WIGDOR LLP, AND JOHN DOES 1-3,<br><br>                            Defendants. | Case No. 1:21-cv-08824<br><br>**NOTICE OF APPEARANCE** |

       PLEASE TAKE NOTICE that John B. Quinn of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears on behalf of Plaintiff Leon Black. I hereby certify that I am admitted to practice in the Southern District of New York.

Dated:     New York, NY
             October 28, 2021

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

*/s/ John B. Quinn*
John B. Quinn
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3200
johnquinn@quinnemanuel.com

*Attorney for Plaintiff Leon Black*