**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LEON D. BLACK,

                      Plaintiff,

      v.

GUZEL GANIEVA, WIGDOR LLP, AND JOHN DOES 1-3,

                      Defendants.

Case No. 1:21-cv-08824

**NOTICE OF APPEARANCE**

---

      PLEASE TAKE NOTICE that Michael B. Carlinsky of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears on behalf of Plaintiff Leon Black. I hereby certify that I am admitted to practice in the Southern District of New York.

Dated:    New York, NY
             October 28, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Michael B. Carlinsky*
Michael B. Carlinsky
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: 212-849-7000
Fax: 212-849-7100
michaelcarlinsky@quinnemanuel.com

*Attorney for Plaintiff Leon Black*