**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

Attorney: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 51 Madison Ave., 22nd Floor New York, NY 10010

Job #: 1455313

LEON D. BLACK,

Plaintiff

vs

GUZEL GANIEVA, et al.,

Defendant

Index Number: 1:21-cv-08824-PAE

Date Filed: 10/28/2021

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/3/2021**, at **10:14 AM** at: **85 5TH AVENUE, #5, NEW YORK, NY 10003** Deponent served the within **Summons in a Civil Action, Complaint with Jury Trial Demanded with Exhibits, Individual Rules and Practices in Civil Cases of Paul A. Engelmayer, USDJ and Civil Cover Sheet with Rider.**

On: **WIGDOR LLP**, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to V. Louis personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Administrative thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
Sex: Female   Color of skin: Black   Color of hair: Black   Glasses: No
Age: 26-35   Height: 5ft 0inch - 5ft 3inch   Weight: 131-160 Lbs.

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
Ms. Louis, as Administrative, stated she is authorized to accept on behalf of the Subject.

Sworn to before me on 11/03/2021

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2023



Baldeo C. Drepaul
DCA License# 2093579

COURT SUPPORT, INC., 181 HILLSIDE AVENUE, WILLISTON PARK, NY 11596 LICENSE #1382542