Job #: 1455314

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

Attorney: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 51 Madison Ave., 22nd Floor New York, NY 10010

| | |
|---|---|
| LEON D. BLACK, <br><br> Plaintiff <br><br> VS <br><br> GUZEL GANIEVA, et al., <br><br> Defendant | Index Number: 1:21-cv-08824-PAE <br><br> Date Filed: 10/28/2021 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:
Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 11/3/2021, at 8:24 AM at: **14 EAST 62ND STREET, LOBBY, NEW YORK, NY 10065** Deponent served the within **Summons in a Civil Action, Complaint with Jury Trial Demanded with Exhibits, Individual Rules and Practices in Civil Cases of Paul A. Engelmayer, USDJ and Civil Cover Sheet with Rider.**
On: **GUZEL GANIEVA**, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Kseniza Knezevic (Building Concierge) a person of suitable age and discretion who stated that he/she is authorized to accept service. Said premises is recipient's :[] actual place of business / employment [X] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**
Sex: Female   Color of skin: White   Color of hair: Blonde   Glasses: Yes
Age: 36-50   Height: 5ft 9inch - 6ft 0inch   Weight: 131-160 Lbs.

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#5 OTHER**
Ms. Knezevic, stated she called the Subject and was advised entry was REFUSED/DENIED but she is authorized to accept on her behalf.

☒ **#6 MAILING**
Baldeo C. Drepaul being duly sworn, deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by First Class mail on: **11/03/2021** to **GUZEL GANIEVA** at **14 EAST 62ND STREET, APT. 5, NEW YORK, NY 10065** in an official depository of the United States Postal Service in the State of New York.

Sworn to before me on 11/03/2021

*LATCHME DEVI DREPAUL*
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2023

Baldeo C. Drepaul
DCA License # 2093579