UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEON D. BLACK,

                              Plaintiff,              Docket No.:1:21-cv-08824-PAE

-against-

GUZEL GANIEVA, WIGDOR LLP,
AND JOHN DOES 1-3,

                              Defendants.
------------------------------------------------------------------X

## **NOTICE OF APPEARANCE**

      Please enter my appearance as counsel for Defendant, WIGDOR LLP, in the above-titled action.

Dated:        Uniondale, New York
                 December 14, 2021

                                                  RIVKIN RADLER LLP

                               By:    /s/ *Max Gershenoff*
                                       Max Gershenoff, Esq.
                                       926 RXR Plaza
                                       Uniondale, New York 11556-0926
                                       Telephone:   (516) 357-3000
                                       Facsimile:    (516) 357-3333
                                       RR File No.:   006040.00031