BREAKING | Jul 19, 2021, 06:15pm EDT | 4,223 views

# Leon Black Claims 'Extortion' By Russian Model: The Latest Scandal Plaguing The Epstein-Linked Billionaire, Explained



**Jemima McEvoy** Forbes Staff
Business
*I cover the world's richest people for Forbes.*

Follow

Listen to article  5 minutes

**TOPLINE** Leon Black, the co-founder and former CEO of Apollo Global Management, on Monday denied claims he forced a Russian model into a years-long relationship she described as a "cycle of intimidation, abuse and humiliation" in what has become the latest scandal plaguing the billionaire already beleaguered by his ties to disgraced financier Jeffrey Epstein.



1/7/22, 10:36 AM   Leon Black Claims 'Extortion' By Russian Model: The Latest Scandal Plaguing The Epstein-Linked Billionaire, Explained

Case 1:21-cv-08824-PAE   Document 30-5   Filed 01/07/22   Page 2 of 5

Leon Black at the annual Milken Institute Global Conference in Beverly Hills, California, U.S., on … [+]
© 2021 BLOOMBERG FINANCE LP

**KEY FACTS**

- Black, 69, was accused of defamation and sexual violence in a lawsuit filed last month by Russian immigrant and former model Guzel Ganieva, who first claimed she was "sexually harassed and abused" by the hedge fund mogul in a series of tweets this March.

- In her lawsuit, which is seeking unspecified damages, Ganieva alleged Black coerced her into signing a nondisclosure agreement to stay silent about years of "sexual violence," including rape, and claimed the billionaire used his money and power to exert control over her after the two met while Ganieva, now 38 years old, was in her early 20s.

- But Black—in a 52-page counterclaim filed Monday—deemed Ganieva's claims a "work of fiction," saying though he had an affair with the model from 2008 to 2015 while he was still married, it was a consensual relationship that she spun into an "extortion scheme."

- Black's lawyers said in the court filing he gave Ganieva millions of dollars in gifts during their relationship, including a pricey Upper East Side apartment, a Steinway piano and her tuition paid at Columbia University, all of which made him an "easy target" for extortion.

- While Ganieva's lawsuit claims Black forced her into an NDA in 2015 to keep quiet about the alleged abuse, Black said he entered into the NDA because Ganieva was demanding money and threatening to go public with their relationship.

1/7/22, 10:36 AM     Leon Black Claims 'Extortion' By Russian Model: The Latest Scandal Plaguing The Epstein-Linked Billionaire, Explained

Case 1:21-cv-08824-PAE   Document 30-5   Filed 01/07/22   Page 3 of 5



- Black said part of the language of the NDA required Ganieva to admit the accusations she had begun to make against him were fabricated.



Forbes Business

READ MORE

### Bye-Bye, Boogie: Bucks Waive Venteran Center DeMarcus Cousins

**CRUCIAL QUOTE**

"Over the next five and a half years, Mr. Black upheld his end of the deal, paying Ganieva exorbitant sums of money pursuant to a regular monthly schedule," Black's filing said. "Suddenly, in March 2021—after having accepted payments month in and month out, for well over five years,

1/7/22, 10:36 AM    Leon Black Claims 'Extortion' By Russian Model: The Latest Scandal Plaguing The Epstein-Linked Billionaire, Explained

Case 1:21-cv-08824-PAE    Document 30-5    Filed 01/07/22    Page 4 of 5

totalling millions of dollars—Ganieva posted a series of tweets proclaiming, among other things, that Mr. Black had 'sexually harassed and abused' her 'for years.' Those statements were vicious, devastating—and utterly false."

**CHIEF CRITIC**

Jeanne Christensen, an attorney representing Ganieva from the firm Wigdor, deemed Black's counter-claims "right out of the defense playbook" in a statement to *Forbes*. "Black's counter-claims are an obvious effort at intimidating Ms. Ganieva who will continue to aggressively litigate her claims and hold Black accountable for his heinous conduct," she said.

**KEY BACKGROUND**

Black shed his final public position at Apollo, a company he launched three decades prior, and announced he would not run for re-election as the chairman of the Museum of Modern Art just days after Ganieva went public with her claims. The New York-based billionaire also expedited his plans to step down as CEO from Apollo, which he had previously planned to do amid scrutiny over his connection to Epstein, the disgraced financier who died by suicide in 2019 while awaiting trial on human trafficking charges. An investigation by Apollo's board of directors revealed earlier this year Black paid Epstein $158 million in fees and services, loaned him over $30 million and made a $10 million donation to Epstein's charity before the two cut off their relationship in 2018 over a "fee dispute." While the probe by law firm Dechert found "no evidence Mr. Black was involved in any way with Mr. Epstein's criminal activities at the time," the vast sums of money forwarded to Epstein for what Black described as "professional services to my family partnership and related family entities" drew scrutiny over how Black may have supported Epstein's accused criminal behavior. Black continued to work with Epstein even after he was convicted of soliciting prostitution from an underage girl in 2008.

**BIG NUMBER**

$9.2 billion. That's how much Black is worth, according to *Forbes* estimates. Still touting ownership of roughly 23% of Apollo, he has been a mainstay on

1/7/22, 10:36 AM  Leon Black Claims 'Extortion' By Russian Model: The Latest Scandal Plaguing The Epstein-Linked Billionaire, Explained

Case 1:21-cv-08824-PAE   Document 30-5   Filed 01/07/22   Page 5 of 5

the *Forbes* 400 list since 1999, ranking #55 last year.

**FURTHER READING**

["Billionaire Leon Black, Revealed To Pay Jeffrey Epstein $158 Million, Is Stepping Down"](#) (Forbes)

*Follow me on* [Twitter](#). *Send me a secure* [tip](#).

 **Jemima McEvoy**    Follow

I'm a wealth reporter covering the world's richest people for Forbes. I was previously a reporter on Forbes' breaking news desk, and have also... **Read More**

Reprints & Permissions

ADVERTISEMENT