UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEON D. BLACK,

                              Plaintiff,

-v-

GUZEL GANIEVA, WIGDOR LLP, *and* JOHN DOES 1-3,

                              Defendants.

21 Civ. 8824 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On January 10, 2022, the Court received defendant Wigdor LLP's ("Wigdor") motion for sanctions against plaintiff and his counsel. Their response, if any, will be due January 24, 2022. Wigdor's reply, if any, will be due January 31, 2022.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated: January 13, 2022
       New York, New York