

January 13, 2022

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Black v. Ganieva, et al.*, No. 1:21-cv-08824 (PAE)

Dear Judge Engelmayer:

I write on behalf of Plaintiff Leon Black with the consent of counsel for Defendants Wigdor LLP and Guzel Ganieva. The parties jointly request that the initial conference presently scheduled for January 20, 2022 at 10:00 a.m. (*see* ECF No. 29) be adjourned until February 22, 2022 or as soon thereafter that the Court is available. The parties likewise request a corresponding extension of the January 14, 2022 deadline to submit a joint letter and Case Management Plan and Scheduling Order until February 16, 2022 or later.

The parties request this adjournment because, in accordance with the Court's January 7, 2022 Order (ECF No. 32), Mr. Black intends to file an amended complaint on or before January 28, 2022, to which Defendants will respond on or before February 18, 2022. The parties believe that the parties and the Court would benefit from discussing issues of case management and scheduling in the context of Mr. Black's amended pleading and Defendants' responses to that pleading.

1

Thank you for your attention to this matter.

Respectfully,

*Susan Estrich*
Susan Estrich
Counsel for Plaintiff


Cc: All Counsel of Record (by ECF)

---

Estrich Goldin LLP
susan@estrichgoldin.com
www.estrichgoldin.com