UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON D. BLACK,<br><br>                              Plaintiff,<br>               -v-<br><br>GUZEL GANIEVA, WIGDOR LLP, and JOHN DOES 1-3,<br><br>                              Defendants. | 21 Civ. 8824 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The initial pretrial conference presently scheduled for January 20, 2022, is adjourned to February 22, 2022 at 2:00 p.m.  The parties' joint letter and proposed case management plan and scheduling order are due February 16, 2022.

SO ORDERED.

                                             _____
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: January 14, 2022
           New York, New York