UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEON D. BLACK,

                                          Plaintiff,

-against-

GUZEL GANIEVA, WIGDOR LLP,
AND JOHN DOES 1-3,

                                          Defendants.
------------------------------------------------------------------X

**Case No.:**
**1:21-cv-08824-PAE**

**NOTICE OF MOTION TO DISMISS**

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Max Gershenoff dated January 7, 2022 and the exhibits attached thereto, and all prior pleadings and proceedings heretofore had herein, Defendant Wigdor LLP, by its counsel Rivkin Radler LLP, will move this Court on a date to be determined by the Court for an Order dismissing Plaintiff Leon D. Black's First, Second, and Third Causes of Action pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), along with all other relief that the Court deems necessary and proper.

      **PLEASE TAKE FURTHER NOTICE** that any papers in opposition to this motion shall be served in accordance with Local Civil Rule 6.1.

Dated: Uniondale, New York
         January 7, 2022

                                                  Respectfully submitted,

                                                  RIVKIN RADLER LLP
                                                  Attorneys for Wigdor LLP

                                                  */s/ Max Gershenoff*   */s/ Janice DiGennaro*
                                                   Max Gershenoff     Janice J. DiGennaro
                                                 Yonatan Bernstein
                                                 926 RXR Plaza
                                                 Uniondale, New York 11556
                                                 (516) 357-3000

TO: All parties and counsel of record (via ECF)