**NEW YORK POST**

LOG IN

Man attacks Midtown business own…  |  'It's insane': Husband of NYC woman slugge…  |  Couple that died of extreme heat on hike were…  |  Wife of former NFL quarterback Cade McNown…  |  Jennifer Lawrence reveals why…  |  Zach Wilson's mom and girlfriend danc…

TRY IT FREE

NEWS

# Leon Black defamed accuser by claiming she extorted him, suit alleges

By Josh Kosman and Priscilla DeGregory

June 1, 2021    2:04pm    Updated





LOG IN

| Man attacks Midtown business own… | 'It's insane': Husband of NYC woman slugge… | Couple that died of extreme heat on hike were… | Wife of former NFL quarterback Cade McNown… | Jennifer Lawrence reveals why… | Zach Wilson's mom and girlfriend danc… |

Leon Black wants comms between accuser's lawyer and Fanatics' Michael Rubin

Leon Black can't get 'fair shake' in suit if Jeffrey Epstein ties are included: lawyer

Former Apollo CEO Leon Black buys posh $28M London home where Henry Ford II lived

Billionaire investor sues rape accuser and her law firm, claiming defamation

Billionaire Leon Black has been slapped with a defamation lawsuit by a woman who claims he subjected her to a "sadistic," "sexually violent" relationship over a period of years.

Russian model Guzel Ganieva — who Black has previously claimed was extorting him over a consensual sexual affair — sued him in Manhattan Supreme Court on Tuesday, alleging he is a "master manipulator" who is only accusing her of extortion to silence her about the true nature of their relationship.

"Threatening that a criminal charge will be brought against Ms. Ganieva first will not save Black from the truth about what he has done," the suit charged. "The truth will reveal a violent, sadistic side to Black that he has shielded from public view for decades."



**NEW YORK POST**

LOG IN

| Man attacks Midtown business own… | 'It's insane': Husband of NYC woman slugge… | Couple that died of extreme heat on hike were… | Wife of former NFL quarterback Cade McNown… | Jennifer Lawrence reveals why… | Zach Wilson's mom and girlfriend danc… |

allegations, repeating claims he previously made to The Post that he has been paying Ganieva money for years under threat that she would expose their six-year consensual affair.

"Ms. Ganieva's allegations of harassment and other inappropriate behavior are categorically untrue," Black said in a statement. "This frivolous lawsuit is riddled with lies, and is nothing more than a wholesale fiction."



**NEW YORK POST**   LOG IN

| Man attacks Midtown business own… | 'It's insane': Husband of NYC woman slugge… | Couple that died of extreme heat on hike were… | Wife of former NFL quarterback Cade McNown… | Jennifer Lawrence reveals why… | Zach Wilson's mom and girlfriend danc… |



"I was sexually harassed and abused by [Black] for years," Ganieva tweeted.
A SCOTT/PatrickMcMullan.com

Black, the outgoing chair of MoMA, had "a wholly consensual relationship with Ms. Ganieva for six years, and then, as we have previously advised the criminal authorities, Mr. Black was subsequently extorted by Ms. Ganieva for many years and made substantial monetary payments to her based on her threats to go public about their relationship and cause him reputational risk and harm to his family," the statement continued.

But Ganieva says the public nature of their relationship, including watching New York Knick games at Madison Square Garden together, undermines his claims that he was simply afraid of an extramarital affair coming to light.

"For years, Black ate countless meals with Ms. Ganieva in 5-star restaurants, took her to Broadway shows, numerous art shows, museum exhibitions, private parties, the movies, including the premier of The King's Speech and even sat beside her while he cheered for the New York Knicks at MSG," the lawsuit alleged. "In the midst of all these very public outings, Black never once worried about sparing his family from public embarrassment."



LOG IN

| Man attacks Midtown business own… | 'It's insane': Husband of NYC woman slugge… | Couple that died of extreme heat on hike were… | Wife of former NFL quarterback Cade McNown… | Jennifer Lawrence reveals why… | Zach Wilson's mom and girlfriend danc… |

straightforward rape.

### SEE ALSO

**Jeffrey Epstein-plagued Leon Black to step down as MoMA chairman**

Black stopped by her apartment on East 77th Street on his way home from the Hamptons on Sunday, July 6. She was so sick she was "unable to go to the store or cook for herself," and her son was away at camp, the court papers claim.

"Although Ms. Ganieva did not buzz him through the building entrance, one of her neighbors must have done so, because suddenly he was knocking at her apartment door. When Ms. Ganieva opened the door, Black barged in, pushing her off to the side."

"Ms. Ganieva was weak and could barely walk. Disturbingly, when Black realized what a debilitated state she was in, he became happy," the suit alleged.

"Never a match for his physical size and strength, on this day in particular Ms. Ganieva knew what fate was in store. At over 6'5" and 300 plus pounds, Black had no difficulty dragging Ms. Ganieva into the bedroom and throwing her on her back on the bed. She was limp and unable to move. Despite her begging him to leave, he took off her clothes and his own," the suit charged.

"Inexplicably, he spared Ms. Ganieva the pain of his usual sadistic rituals and quickly got on top of her and forced his penis into her vagina against her will."

"Disgustingly, when Black was done, as he stood up and put his clothes back on, he angrily said: 'Now I have f–ked you,'" before leaving, the court papers claimed.

Black also allegedly tried to get Ganieva to take hush money telling her if she didn't take the money "I will put you in prison" and "I will destroy your life," the court documents allege.



LOG IN

Man attacks Midtown business own…  |  'It's insane': Husband of NYC woman slugge…  |  Couple that died of extreme heat on hike were…  |  Wife of former NFL quarterback Cade McNown…  |  Jennifer Lawrence reveals why…  |  Zach Wilson's mom and girlfriend danc…

"[I will be paying you] as long as you keep your mouth shut," the suit alleges Black told her.

But Ganieva says she didn't fully understand the document and, despite repeated requests through the years to obtain a copy of it, she still hasn't gotten one, the court documents allege.

"This case is the epitome of why #MeToo exists," Ganieva's lawyer Jeanne Christensen said in a statement.

"In textbook fashion, men with wealth, power and an army of elite lawyers continue to escape accountability for their heinous acts by twisting the legal system to penalize their victims for speaking up," Christensen said.

Ganieve's explosive claims are just the latest blow to the financial titan, who has been called to the carpet this year over his ties to Epstein, the convicted pedophile who committed suicide at a Manhattan lockup while facing sex-trafficking charges.

In January, Black agreed to hand the role of Apollo CEO to his co-founder Marc Rowan after an internal report revealed he had paid Epstein $158 million for tax advice and estate-planning services after Epstein's 2008 conviction for soliciting a minor for prostitution.

### SEE ALSO

**MoMA replaces Leon Black, calls him 'outstanding'**

Black — who has not been accused of any wrongdoing — was supposed to pass the CEO role on this summer and continue on as Apollo chairman. But in March he unexpectedly resigned, citing health issues.

As The Post exclusively reported on April 8, his relationship with Ganieva may have played a role in his sudden departure from the private equity firm he co-founded in 1990 after her under-the-radar tweets about her claims were shared with Apollo directors.



LOG IN

Man attacks Midtown business own…   'It's insane': Husband of NYC woman slugge…   Couple that died of extreme heat on hike were…   Wife of former NFL quarterback Cade McNown…   Jennifer Lawrence reveals why…   Zach Wilson's mom and girlfriend danc…

The lawsuit alleged other abusive behavior, including "clenching his fists, pounding nearby pieces of furniture, repetitive crackling of his knuckles" to intimidate her.

Court papers claim the married Black berated Ganieva for "refusing to agree to threesomes with other women and says Ganieva has "met a least two other women that were similarly involved with Black."

FILED UNDER    DEFAMATION ,    LAWSUITS ,    LEON BLACK ,    SEXUAL HARASSMENT ,    6/1/21

READ NEXT    Sexy influencer shares how to get an 'instant boob job' in photos

**SPONSORED STORIES**

**2021 TV Cancelations Announced - Fans Are Not Happy**
Money Wise

**The Best Pound-For-Pound Boxers In History: Ranked In Order**
The Delite

**Did You Know These Celebs Are Canadian?**
refinery29.com



LOG IN

Man attacks Midtown business own…

'It's insane': Husband of NYC woman slugge…

Couple that died of extreme heat on hike were…

Wife of former NFL quarterback Cade McNown…

Jennifer Lawrence reveals why…

Zach Wilson's mom and girlfriend danc…

Alienware m15 R4 (2021) review
Dell on Tom's Guide

[Gallery] Hands Down The Best Yard Signs We've Ever Seen
DailyChoices

The 25 Greatest Pitchers In MLB History, Ranked
Bon Voyaged





Pro-Trump painter causes stir in NYC art scene

Bill Gates had lengthy affair with Microsoft employee who wanted his wife to know: report



Recommended    1/5