LOG IN

| Trump-endorsed candidate beats Cheney in… | Your iPhone has ten Harry Potter 'spells' that… | Goldman Sachs, JPMorgan bankers get… | Progressive NYPD critics sing a different… | 'Persons of interest' ID'd in double-slaying… | Video shows man open fire on Oklahoma stre… |

GET 30 DAYS FREE

BUSINESS   ON THE MONEY

# Leon Black seen out on the town with wife Debra amid sex assault allegations

By Josh Kosman

October 27, 2021    7:57pm    Updated



**NEW YORK POST**

LOG IN

| Trump-endorsed candidate beats Cheney in… | Your iPhone has ten Harry Potter 'spells' that… | Goldman Sachs, JPMorgan bankers get… | Progressive NYPD critics sing a different… | 'Persons of interest' ID'd in double-slaying… | Video shows man open fire on Oklahoma stre… |

**Leon Black's rape accuser seeks to dismiss billionaire's lawsuit**

**Leon Black wants comms between accuser's lawyer and Fanatics' Michael Rubin**

**Leon Black can't get 'fair shake' in suit if Jeffrey Epstein ties are included: lawyer**

**Former Apollo CEO Leon Black buys posh $28M London home where Henry Ford II lived**

Leon Black in recent weeks has been stepping out on the town his wife, Debra, while he is facing very public rape allegations and has admitted to an affair.

The former Museum of Modern Art chair was spotted with his wife at Italian restaurant Sette Mezzo on Lexington and 71st Street. The eatery describes itself as "clubby."

"They looked like they were holding hands," said a source who saw them three weeks ago.

The Blacks sat at a high-profile seat by the window and were eating dinner around 9 p.m. with another couple. It looked like the Blacks wanted to be noticed, the source said.

Debra, a theater producer, was "all dolled up," according to the source.

At one point, the Blacks walked to the outside seating area and shook hands with another diner, the source said. A spokesman for Black declined to comment.

Last week, the Blacks reportedly attended Michael Milken's annual Beverly Hills conference together — watching their son Ben speak on a panel about distressed investing.

**NEW YORK POST**    LOG IN

| Trump-endorsed candidate beats Cheney in… | Your iPhone has ten Harry Potter 'spells' that… | Goldman Sachs, JPMorgan bankers get… | Progressive NYPD critics sing a different… | 'Persons of interest' ID'd in double-slaying… | Video shows man open fire on Oklahoma stre… |



Leon and Debra Black sat at a high-profile seat by the window in a Manhattan eatery and were eating dinner around 9 p.m. with another couple a few weeks ago, according to a source.

Getty Images for MoMA

Milken and Leon Black used to work closely together in the 1980s at Drexel Burnham Lambert, before Black formed Apollo Global Management.

The Blacks have four children and were married in 1982.

Former Russian model Guzel Ganieva in June sued Black for defamation alleging he raped her.

He has vehemently denied the charges, while admitting to an affair. Since her charges were first made, Black has resigned from Apollo, and decided not to run for re-election as MoMA Chair.

The Manhattan District Attorney's Office has reportedly opened a criminal investigation into Black.

