**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3200**

WRITER'S EMAIL ADDRESS
**johnquinn@quinnemanuel.com**

January 24, 2022

<u>VIA ECF</u>
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

**Re:** *Black v. Ganieva*, **No. 1:21-cv-08824-PAE (S.D.N.Y.)**

Dear Judge Engelmayer,

      This firm represents Plaintiff Leon Black in the above-captioned matter. Quinn Emanuel has determined that it has a potential conflict of interest in connection with this action. The nature of the potential conflict is confidential and may implicate issues of privilege. If the Court so requests, we are prepared to share the basis of the potential conflict *in camera*. *See* S.D.N.Y. Local Civil Rule 1.4, Committee Note. Quinn Emanuel respectfully requests permission to withdraw as counsel of record for Mr. Black in this action pursuant to S.D.N.Y. Local Civil Rule 1.4. Mr. Black consents to Quinn Emanuel's withdrawal. Discovery has not yet begun in this matter, and the initial conference in this case is presently scheduled for February 22, 2022 (*see* ECF No. 39). Mr. Black will continue to be represented in this action by Susan Estrich of Estrich Goldin LLP, who has been admitted *pro hac vice* (*see* ECF No. 22). Quinn Emanuel is not asserting a retaining or charging lien.

 Respectfully submitted,

 */s/ John B. Quinn*

 John B. Quinn

cc:    All parties via ECF