UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEON D. BLACK,

                                Plaintiff,

-against-

GUZEL GANIEVA, WIGDOR LLP,
AND JOHN DOES 1-3,

                                Defendants.
------------------------------------------------------------------X

**Case No.:**
**1:21-cv-08824-PAE**

## **DECLARATION OF MAX GERSHENOFF**

Max Gershenoff, pursuant to 28 U.S.C. § 1746, hereby declares the truth of the following:

1. I am a partner with the law firm of Rivkin Radler LLP, counsel for Defendant Wigdor LLP ("Wigdor") in this action. I have personal knowledge of the facts set forth in this declaration, and would testify as to them in a court of law if required to do so.

2. I respectfully submit this declaration in support of Wigdor's motion for sanctions, pursuant to Fed. R. Civ. P. 11, against Plaintiff Leon Black ("Black") and his lawyers, John B. Quinn, Michael B. Carlinsky, Jennifer J. Barrett, and Ryan A. Rakower, of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), and Susan Estrich, of Estrich Goldin LLP (collectively, "Counsel").

3. Attached hereto as Exhibit "1" is a true and correct copy of the December 14, 2021 safe harbor letter that preceded this motion.

4. Attached hereto as Exhibit "2" is a true and correct copy of Counsel's January 4, 2022 response to the safe harbor letter.

5. On January 23, 2022, one of Black's attorneys, Mr. Carlinsky, offered to dismiss the RICO claims against Wigdor without prejudice if Wigdor would agree to withdraw the sanctions

motion. Mr. Carlinsky indicated that Black would not agree to dismiss the claims against Wigdor with prejudice, but he said that it could change things if Douglas Wigdor would provide information that implicated an individual named Joshua Harris in wrongdoing.

    I declare under penalties of perjury that the foregoing is true and correct. Executed at Uniondale, New York on January 31, 2022.

Max Gershenoff