UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEON D. BLACK,

                Plaintiff,

       v.

GUZEL GANIEVA, WIGDOR LLP, AND
JOHN DOES 1-3,

                Defendants.

Index No. 1:21-cv-08824-PAE

**MOTION FOR ADMISSION PRO HAC VICE**

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Anya Goldin hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Leon D. Black in the above-captioned action.

I am a member in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3.

Date: February 1, 2022

Respectfully submitted,

*/s/ A. Goldin*

Anya Goldin
ESTRICH GOLDIN LLP
16347 Amota Court
Encino, CA 91436
(213)372-9085
anya@estrichgoldin.com

*Attorney for Plaintiff Leon Black*