UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON D. BLACK,<br><br>       Plaintiff,<br><br> -against-<br><br>GUZEL GANIEVA, WIGDOR LLP,<br>JOSH HARRIS, and STEVEN RUBENSTEIN<br><br>       Defendants. | Case No.  21-cv-8824 (PAE)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that Lindsay Schare of Davis Polk & Wardwell LLP hereby appears on behalf of Defendant Josh Harris.  I hereby certify that I am admitted to practice in the Southern District of New York.  Mr. Harris expressly reserves, and does not waive, all rights, claims, objections, and defenses.

| | |
|---|---|
| Dated: February 9, 2022<br>    New York, New York | **DAVIS POLK & WARDWELL LLP**<br><br>*/s/ Lindsay Schare*<br>Lindsay Schare<br>450 Lexington Avenue<br>New York, New York 10017<br>212-450-3279<br>lindsay.schare@davispolk.com<br><br>*Attorney for Defendant Josh Harris* |