

February 9, 2022

**Via ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Black v. Ganieva, et al.*, No. 1:21-cv-08824 (PAE)

Dear Judge Engelmayer:

I write on behalf of Plaintiff Leon Black to submit a letter, attached as Exhibit A, from Quinn Emmanuel Urquhart & Sullivan, LLP, former counsel to Mr. Black in this matter, regarding Defendant Wigdor LLP's Reply Memorandum (ECF No. 55) and the accompanying Declaration of Max Gershenoff (ECF No. 56).

Thank you for your attention to this matter.

Respectfully submitted,

/s/ *Susan Estrich*

Susan Estrich
Counsel for Plaintiff


Cc: All Counsel of Record (by ECF)

_____

Estrich Goldin LLP
susan@estrichgoldin.com
www.estrichgoldin.com

1