

February 11, 2022

**Via ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Black v. Ganieva, et al.*, No. 1:21-cv-08824 (PAE)

Dear Judge Engelmayer:

I write on behalf of Plaintiff Leon Black in connection with your Order entered as of today. Consistent with your Order, defendant Harris and Rubenstein were served. Defendant Harris accepted service yesterday and defendant Rubenstein accepted service today.

Thank you for your attention to this matter. We are available to answer any questions.

Respectfully submitted,

*/s/ Susan Estrich*

Susan Estrich
Counsel for Plaintiff

Cc: All Counsel of Record (by ECF)

_____

Estrich Goldin LLP
susan@estrichgoldin.com
www.estrichgoldin.com

1