

# RIVKIN RADLER
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**MAX GERSHENOFF**
PARTNER
(516) 357-3444
max.gershenoff@rivkin.com

February 15, 2022

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re:   *Black v. Ganieva, et al.*, S.D.N.Y. Case No. 1:21-cv-08824

Dear Judge Engelmayer:

As the Court is aware, we represent Defendant Wigdor LLP ("Wigdor") in the above-referenced matter. On behalf of Wigdor, and with the consent of all parties who have appeared in this action, we respectfully request a very short adjournment of the initial conference in this action, from February 22, 2022 to either February 24 or 25, 2022.

This is the third request for an adjournment of the initial conference. The Court previously granted the parties' joint motion to adjourn the initial conference to February 22nd after counsel for Plaintiff Leon Black indicated that he intended to file an Amended Complaint. See ECF Nos. 35, 39. The Court then denied Wigdor and Defendant Guzel Ganieva's motion to adjourn the initial conference from February 22nd until Defendants Joshua Harris and Steven Rubenstein responded to the Amended Complaint or, in the alternative, for 30 days. See ECF No. 68.

There is good cause for this requested, brief adjournment of the initial conference. The undersigned counsel is one of the lead attorneys on this matter, and planned to appear at the initial conference, but has a professional commitment on February 22nd that cannot be rescheduled. As noted above, all of the other parties who have appeared have consented to this request.

We appreciate the Court's attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP
*/s/ Max Gershenoff*
Max Gershenoff

cc:   All counsel via ECF.

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

The initial pretrial conference is adjourned to February 25, 2022 at 10:00 a.m.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

February 15, 2022