AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| LEON D. BLACK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-08824-PAE |
| GUZEL GANIEVA, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Steven Rubenstein                                               .

Date:    02/16/2022                                            /s/ Evan K. Farber
                                                                        *Attorney's signature*

                                                                Evan K. Farber; EF1049
                                                              *Printed name and bar number*

                                                                    LOEB & LOEB LLP
                                                                    345 Park Avenue
                                                                 New York, New York 10154
                                                                        *Address*

                                                                    efarber@loeb.com
                                                                     *E-mail address*

                                                                    (212) 407-4000
                                                                   *Telephone number*

                                                                    (212) 407-4990
                                                                      *FAX number*