UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEON D. BLACK,

                                    Plaintiff,

-v-

GUZEL GANIEVA ET AL,

                                 Defendants.

21 Civ. 8824 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      To enable an in-person conference to be held, the Court hereby adjourns the initial pretrial conference scheduled for February 25, 2022 to **March 10, 2022, at 9:00 a.m.** Counsel are directed to appear in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. Participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain entry to the courthouse for the conference. All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear promptly. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

      The Court has a criminal conference that is presently scheduled to begin at 11 a.m., although the exact timing will depend on a prisoner production schedule that has yet to issue. Counsel are notified that the Court may need to interrupt the conference in this case to attend to the criminal matter.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 23, 2022
       New York, New York

2