**Davis Polk**

Paul Spagnoletti
+1 212 450 4577
paul.spagnoletti@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

February 24, 2022

Re: *Black v. Ganieva, et al.*, S.D.N.Y. Case No. 1:21-cv-08824

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Dear Judge Engelmayer:

My firm represents Joshua Harris in this matter. Mr. Harris seeks a one-day extension of his deadline to respond to the Amended Complaint from March 3, 2022 to March 4, 2022. This extension would align Mr. Harris's deadline to file a motion to dismiss with the March 4 deadlines applicable to the other Defendants in the case. [*See* ECF Nos. 68, 69.] As noted in the parties' joint letter filed on February 22, 2022, Plaintiff consents to this request. [ECF No. 76 at 2 n.1.] Mr. Harris has not previously sought an extension of this deadline.

Respectfully yours,

Paul Spagnoletti

cc:   All counsel via ECF.

**Electronic Filing**

Granted. SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

February 25, 2022