UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEON D. BLACK,

                Plaintiff,

-against-

GUZEL GANIEVA, WIGDOR LLP,
JOSH HARRIS, and STEVEN RUBENSTEIN,

                Defendants.

Case No. 21-cv-8824 (PAE)

---

**DECLARATION OF PAUL SPAGNOLETTI IN SUPPORT OF DEFENDANT JOSH HARRIS'S MOTION TO DISMISS THE AMENDED COMPLAINT**

Paul Spagnoletti, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am an attorney admitted to practice before this Court, and I am a partner in the law firm of Davis Polk & Wardwell LLP, counsel for Defendant Josh Harris in the above-captioned matter. I submit this declaration in support of Mr. Harris's motion to dismiss the Amended Complaint pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure.

2. Attached hereto as Exhibit A is a true and correct copy of a Form 8-K filed publicly by Apollo Global Management, Inc. with the Securities and Exchange Commission on January 25, 2021. The Form 8-K attaches as an exhibit a memorandum from Dechert LLP to the Apollo Conflicts Committee, dated January 22, 2021, regarding "Investigation Of Epstein/Black Relationship And Any Relationship Between Epstein and Apollo Global Management, Inc." (the "Dechert Report"). The Amended Complaint references and relies upon the Dechert Report including at Paragraph 49.

3. Attached hereto as Exhibit B is a true and correct copy of a press release issued by the U.S. Attorney's Office for the Southern District of New York on July 8, 2019, entitled "Jeffrey Epstein Charged In Manhattan Federal Court With Sex Trafficking Of Minors."

4. Attached hereto as Exhibit C is a true and correct copy of the transcript of the Q2 2019 earnings call of Apollo Global Management, LLC, dated July 31, 2019, which is publicly available at: https://www.apollo.com/~/media/Files/A/Apollo-V3/documents/shareholders/2019/agm-2q19-call-transcript.pdf.

5. Attached hereto as Exhibit D is a true and correct copy of an article written by Suzanne Woolley, entitled "Leon Black Foundation Disputes Epstein's Role After 2008 Plea," published by Bloomberg Law on July 10, 2019.

6. Attached hereto as Exhibit E is a true and correct copy of an article written by Kate Kelly, Matthew Goldstein, Jessica Silver-Greenberg, and James B. Stewart, entitled "Jeffrey Epstein's Deep Ties to Top Wall Street Figures," published by the New York Times on July 22, 2019.

7. Attached hereto as Exhibit F is a true and correct copy of an article written by Matthew Goldstein and Jessica Silver-Greenberg, entitled "Leon Black Plays Down Ties to Jeffrey Epstein but Is Silent on 2011 Deal," published by the New York Times on August 1, 2019.

8. Attached hereto as Exhibit G is a true and correct copy of an article written by Tommy Beer, entitled "Virgin Islands to Subpoena Billionaire Investor Leon Black in Jeffrey Epstein Case," published by Forbes on August 23, 2020.

9. Attached hereto as Exhibit H is a true and correct copy of an article written by Matthew Goldstein, Steve Eder, and David Enrich, entitled "The Billionaire Who Stood by

Jeffrey Epstein," published by the New York Times on October 12, 2020, which the Amended Complaint references and relies on at Paragraph 40.

10.     Attached hereto as Exhibit I is a true and correct copy of an article written by Gillian Tan, entitled "Black Says He Paid to Hide Affair, Denies It Led to Apollo Exit," published by Bloomberg Law on April 8, 2021, which the Amended Complaint references and relies on at Paragraph 67.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 4, 2022                     */s/ Paul Spagnoletti*
        New York, New York          Paul Spagnoletti