UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LEON D. BLACK,

                       Plaintiff,            Case No: 21 Civ. 8824 (PAE)

- against -

GUZEL GANIEVA, WIGDOR LLP,          **NOTICE OF MOTION TO DISMISS**
JOSH HARRIS, and STEVEN RUBINSTEIN,   **THE AMENDED COMPLAINT**

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and upon all pleadings and other documents filed with the Court and all prior proceedings in this action, defendant Guzel Ganieva will move the Court, on a date and at a time designated by the Court, for an order dismissing the Amended Complaint of plaintiff Leon D. Black against Ganieva, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, and granting any other and further relief as the Court deems just and proper.

    PLEASE TAKE FURTHER NOTICE that any papers in opposition to this motion shall be served no later than 14 days after service of this motion, as required by the Court's Order of January 7, 2022. Dkt. No. 32.

Dated:  March 4, 2022                   Respectfully submitted,
        New York, New York

                              By:  /s/ Kevin Mintzer
                                    LAW OFFICE OF KEVIN MINTZER, P.C.
                                    Kevin Mintzer
                                    Laura L. Koistinen (not yet admitted to the SDNY)
                                    1350 Broadway, Suite 2220
                                    New York, New York 10018
                                    *Attorneys for Defendant Guzel Ganieva*
                                    646-843-8180

To: All Counsel of Record (via ECF)