UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON D. BLACK,<br><br>    Plaintiff,<br><br>  v.<br><br>GUZEL GANIEVA, WIGDOR LLP,<br>JOSH HARRIS, and STEVEN<br>RUBENSTEIN<br><br>    Defendants. | Case No.: 21-cv-8824-PAE |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Reid M. Figel, of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., hereby appears as counsel for Leon D. Black, Plaintiff, in connection with the above-captioned action. I hereby certify that I am admitted to practice before this Court.

Dated:  March 8, 2022                     Respectfully submitted,

                                By:  /s/ *Reid M. Figel*
                                    Reid M. Figel
                                    KELLOGG, HANSEN, TODD,
                                      FIGEL & FREDERICK, P.L.L.C.
                                    1615 M Street, N.W., Suite 400
                                    Washington, D.C. 20036
                                    Tel.: (202) 367-7900
                                    Fax: (202) 326-7999
                                    Email: rfigel@kellogghansen.com

                                    *Counsel for Plaintiff Leon D. Black*