UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEON D. BLACK,

                      Plaintiff,

   v.

GUZEL GANIEVA, WIGDOR LLP,
JOSH HARRIS, and STEVEN
RUBENSTEIN

                     Defendants.

Case No.:  21-cv-8824-PAE

**MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL K. KELLOGG**

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael K. Kellogg, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Leon D. Black.

I am a member in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached hereto a declaration in compliance with Local Rule 1.3.

Dated: March 8, 2022                                        Respectfully submitted,

                                                   By:  /s/ *Michael K. Kellogg*
                                                        Michael K. Kellogg
                                                  KELLOGG, HANSEN, TODD,
                                                    FIGEL & FREDERICK, P.L.L.C.
                                                 1615 M Street, N.W., Suite 400
                                                 Washington, D.C. 20036
                                                 Tel.: (202) 367-7900
                                                 Fax: (202) 326-7999
                                                 Email: mkellogg@kellogghansen.com

                                                 *Counsel for Plaintiff Leon D. Black*