UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEON D. BLACK,

                          Plaintiff,

v.

GUZEL GANIEVA, WIGDOR LLP,
JOSH HARRIS, and STEVEN
RUBENSTEIN

                         Defendants.

Case No.: 21-cv-8824-PAE

## ORDER GRANTING ADMISSION *PRO HAC VICE*

The motion of Michael K. Kellogg for admission *pro hac vice* in the above-captioned case is granted.

Michael K. Kellogg has declared that he is a member in good standing of the bar of the District of Columbia; his contact information is as follows:

Michael K. Kellogg
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
Email: mkellogg@kellogghansen.com

Michael K. Kellogg having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Leon D. Black in the above-captioned case;

**IT IS HEREBY ORDERED** that Michael K. Kellogg is admitted to practice *pro hac vice*, in the above-entitled litigation in the United States District Court for the Southern District

of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March 9, 2022

*Paul A. Engelmayer*
Honorable Paul A. Engelmayer
United States District Judge