KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
───
(202) 326-7900

FACSIMILE:
(202) 326-7999

March 11, 2022

*Via ECF*

The Honorable Paul A. Engelmayer
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2201
New York, NY 10007

    Re:    *Black v. Ganieva, et al.*; Civil Action No. 1:21-cv-08824 (PAE)

Dear Judge Engelmayer:

    We represent Plaintiff Leon Black in this matter. We write on behalf, and with the approval, of all parties to request that the Court modify its January 7, 2022 Order, ECF No. 32, to set deadlines of April 4, 2022 for Plaintiff's brief in opposition and April 22, 2022 for Defendants' replies. In addition, the parties agree that Plaintiff may file a single consolidated motion in opposition to Defendants' motions to dismiss.

    The parties request that Your Honor endorse this letter to confirm the proposed schedule.

    Respectfully submitted,

    By:  /s/ *Reid M. Figel*
           Reid M. Figel

        *Counsel for Plaintiff Leon D. Black*

CC: Counsel of Record (via ECF)