# EXHIBIT 1

**Messages in chronological order** (times are shown in GMT -04:00)

| | **CHAT - 00013 - 2020/10/30** | |
|---|---|---|
| GG | **Guzel Ganieva <917-703-6275>**<br>Morning. Did you speak to Wigdor? He is reaching out about a reporter wanting to speak to me. | 10/30/2020, 8:44 AM |
| # | **MG <13478439938@s.whatsapp.net>**<br>We are supposed to talk. But not sure if there is another reporter on this too from another publication | 10/30/2020, 9:34 AM |
| GG | **Guzel Ganieva <917-703-6275>**<br>Ok | 10/30/2020, 9:35 AM |
| # | **MG <13478439938@s.whatsapp.net>**<br>Tho I'm pretty certain it's me. Are you ok with him talking to me on background | 10/30/2020, 9:53 AM |
| GG | **Guzel Ganieva <917-703-6275>**<br>I appreciate that he reached out and asked me considering it's confidential. | 10/30/2020, 9:55 AM |
| GG | **Guzel Ganieva <917-703-6275>**<br>Am I trust you? | 10/30/2020, 9:55 AM |
| GG | **Guzel Ganieva <917-703-6275>**<br>Can* | 10/30/2020, 9:55 AM |
| # | **MG <13478439938@s.whatsapp.net>**<br>Well we've already talked many times | 10/30/2020, 10:01 AM |
| # | **MG <13478439938@s.whatsapp.net>**<br>I am really interested in getting a sense of what he thinks about the Leon and Jeffrey connections and the how leon has paid you and whether Epstein was involved in that and whether they was any attempt to hide payments | 10/30/2020, 10:02 AM |
| # | **MG <13478439938@s.whatsapp.net>**<br>Let me know if it ok with you for him to chat a bit | 10/30/2020, 10:06 AM |
| GG | **Guzel Ganieva <917-703-6275>**<br>I got that. I wonder how that might affect me | 10/30/2020, 10:17 AM |
| # | **MG <13478439938@s.whatsapp.net>**<br>Can you talk | 10/30/2020, 10:42 AM |
| GG | **Guzel Ganieva <917-703-6275>**<br>About what? | 10/30/2020, 10:42 AM |
| # | **MG <13478439938@s.whatsapp.net>**<br>About our story | 10/30/2020, 10:42 AM |
| SM | **System Message <System Message>**<br>Missed Voice Call | 10/30/2020, 10:45 AM |
| GG | **Guzel Ganieva <917-703-6275>**<br>I think I've said everything I wanted to say. I have gotten emotionally affected by our prior conversations. I'm trying to preserve myself for work I've missed in the last two weeks. It's very difficult... | 10/30/2020, 10:45 AM |