# EXHIBIT 2

**Messages in chronological order** (times are shown in GMT -05:00)

### 💬 CHAT - 00013 - 2020/11/05

**#** **MG <13478439938@s.whatsapp.net>**   11/5/2020, 9:40 AM
Hi just want to update. Bcuz of the election lots stories are moving slowly and I am off today and tomorrow. Talking to our editors on Monday about timing of story. Will give you update then. Have a good weekend:)

**GG** **Guzel Ganieva <917-703-6275>**   11/5/2020, 9:48 AM
Ok. Thanks. Have a good weekend.

**GG** **Guzel Ganieva <917-703-6275>**   11/5/2020, 9:49 AM
P.S. I will let wigdor know that if you want to speak with him you can. Best

**#** **MG <13478439938@s.whatsapp.net>**   11/5/2020, 9:50 AM
Great. Talk soon