# EXHIBIT 3

**Messages in chronological order** (times are shown in GMT -05:00)

### CHAT - 00013 - 2020/11/10

**GG** — **Guzel Ganieva <917-703-6275>** — 11/10/2020, 5:29 PM
Hey. How are you? Anything new?

**#** — **MG <13478439938@s.whatsapp.net>** — 11/10/2020, 5:31 PM
Hey there. Talking to Wigdor tomorrow afternoon

**#** — **MG <13478439938@s.whatsapp.net>** — 11/10/2020, 5:32 PM
He wanted to review his notes. Let's talk on Wednesday if you are free or Thursday sorta wanted to wait until I spoke to Doug

**GG** — **Guzel Ganieva <917-703-6275>** — 11/10/2020, 5:33 PM
Ok. Good. I'm free Wednesday morning.

**#** — **MG <13478439938@s.whatsapp.net>** — 11/10/2020, 5:34 PM
Cool

**GG** — **Guzel Ganieva <917-703-6275>** — 11/10/2020, 5:37 PM
Oh wait Wednesday is tomorrow. So probably we should talk on Thursday. I can do 9 am or 9.30

**GG** — **Guzel Ganieva <917-703-6275>** — 11/10/2020, 5:39 PM
Either or both

**#** — **MG <13478439938@s.whatsapp.net>** — 11/10/2020, 5:42 PM
Right just realized that. The days all blend in. Yes. Let's aim for 9:30 on Thursday by then will have spoken to Wigdor. My colleague intends to go back to irinia again later this week