# EXHIBIT 4

**Messages in chronological order** (times are shown in GMT -05:00)

### 💬 CHAT - 00013 - 2020/11/11

**#**  **MG <13478439938@s.whatsapp.net>**  11/11/2020, 5:27 PM
Hey so Wigdor needed to move our talk to Friday morning. Can you talk on Friday. Otherwise let's plan for Monday ?

**GG**  **Guzel Ganieva <917-703-6275>**  11/11/2020, 5:29 PM
Friday is fine. I only have one class between 1 and 2pm

**#**  **MG <13478439938@s.whatsapp.net>**  11/11/2020, 5:30 PM
Great. Will probably be between 10 and 11