# EXHIBIT 5

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬   **CHAT - 00013 - 2020/11/13**

\#   **MG <13478439938@s.whatsapp.net>**                                          11/13/2020, 9:57 AM
      Free to talk at 10:15. Don't have much to update. Wigdor been jammed all week and not free until late today and I have
      been on a few other stories but can feel you in on what we are still trying to get

GG   **Guzel Ganieva <917-703-6275>**                                          11/13/2020, 9:59 AM
      Ok. I will call at 10.15

PL000861