# EXHIBIT 6

**Messages in chronological order** (times are shown in GMT -05:00)



**CHAT - 00013 - 2020/11/16**

\# **MG <13478439938@s.whatsapp.net>**  11/16/2020, 2:15 PM
Had good chat with Wigdor over the weekend. Will update you tomorrow Wednesday