UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leon D. Black,<br><br>                              Plaintiff,<br><br>        - against -<br><br>Guzel Ganieva, Wigdor LLP, Joshua Harris, and Steven Rubenstein<br><br>                              Defendants. | No. 1:21-cv-08824-PAE<br><br>Hon. Paul A. Engelmayer |

## DECLARATION OF SUSAN ESTRICH

Pursuant to 28 U.S.C. § 1746, I, Susan Estrich, declare as follows:

1. My name is Susan Estrich. I am over 21 years of age and am competent to give testimony. I am a partner with the law firm of Estrich Goldin LLP and am one of the attorneys representing Plaintiff in the above-captioned cases. By virtue of my role as counsel for Plaintiff, the statements contained in this declaration are based on my personal knowledge.

2. I respectfully make this declaration in support of Plaintiff's Motion for Leave to File a Second Amended Complaint.

3. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Proposed Second Amended Complaint.

4. Attached hereto as Exhibit 1 to Plaintiff's Proposed Second Amended Complaint is a true and correct copy of Guzel Ganieva's Original Complaint in *Ganieva v. Black*, No. 155262/2021 (N.Y. Sup. Ct. June 1, 2021).

1

5. Attached hereto as Exhibit 2 to Plaintiff's Proposed Second Amended Complaint is a true and correct copy of Plaintiff's initial Answer, Affirmative Defenses, and Counterclaims in *Ganieva v. Black*, No. 155262/2021 (N.Y. Sup. Ct. July 19, 2021).

6. Attached hereto as Exhibit 3 to Plaintiff's Proposed Second Amended Complaint is a true and correct copy of Guzel Ganieva's Amended Complaint in *Ganieva v. Black*, No. 155262/2021 (N.Y. Sup. Ct. Aug. 9, 2021).

7. Attached hereto as Exhibit 4 to Plaintiff's Proposed Second Amended Complaint is a true and correct copy of Plaintiff's Answer to the Amended Complaint in *Ganieva v. Black*, No. 155262/2021 (N.Y. Sup. Ct. Sept. 8, 2021).

8. Attached hereto as Exhibit 5 to Plaintiff's Proposed Second Amended Complaint is a true and correct copy of Guzel Ganieva's Proposed Second Amended Complaint in *Ganieva v. Black*, No. 155262/2021 (N.Y. Sup. Ct. Sept. 20, 2021).

9. Attached hereto as Exhibit B is a redline showing the changes made to Plaintiff's Amended Complaint, Dkt. 46.

I declare under penalties of perjury that the foregoing is true and correct. Executed on the 18th day of April, 2022.

_____
Susan R. Estrich