UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEON D. BLACK,

                                        Plaintiff,

           -v-

GUZEL GANIEVA, ET AL.,

                                        Defendants.

21 Civ. 8824 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion from plaintiff Leon Black seeking leave to file a second amended complaint. Dkt. 103. Notwithstanding the statement in Black's April 4, 2022 letter that his counsel planned to meet and confer with defendants' counsel to determine whether they would consent to the amended pleading, Dkt. 102, Black's motion does not state whether any such consultation occurred, let alone what defendants' position(s) are as to the motion.

The Court therefore directs defendants to submit a single letter setting out (1) whether a meet-and-confer in fact occurred, and (2) defendants' position(s) on Black's motion for leave to file the second amended complaint. This letter is due Friday, April 22, 2022. The Court stays the deadline for defendants' replies to the motion to dismiss, which had been due April 22, 2022, pending the Court's resolution of the motion for leave to file a second amended complaint.

SO ORDERED.

                                                                *Paul A. Engelmayer*
                                                                PAUL A. ENGELMAYER
                                                                United States District Judge

Dated: April 19, 2022
       New York, New York