

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**MAX GERSHENOFF**
PARTNER
(516) 357-3444
max.gershenoff@rivkin.com

April 28, 2022

<u>**VIA ECF**</u>

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

    Re:   <u>Black v. Ganieva, et al.</u>, S.D.N.Y. Case No. 1:21-cv-08824

Dear Judge Engelmayer:

    We represent Defendant Wigdor LLP. We are in receipt of the April 27, 2022 letter to the Court from counsel for Plaintiff Leon Black. <u>See</u> ECF No. 109. Should the Court request, we would be prepared to respond to the misrepresentations and legal conclusions contained in the letter, but otherwise believe that the letter is an inappropriate attempt at reargument.

    We appreciate the Court's attention to this matter.

                              Respectfully submitted,

                              RIVKIN RADLER LLP

                              */s/ Max Gershenoff*
                              Max Gershenoff

cc:    All counsel via ECF.