UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LEON D. BLACK, | | |
| | Plaintiff, | 21 Civ. 8824 (PAE) |
| -v- | | |
| | | ORDER |
| GUZEL GANIEVA, *et al.*, | | |
| | Defendants. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiff's letter setting forth facts which plaintiff contends are relevant context for plaintiff's recently denied motion for leave to amend, Dkt. 109, and a letter from defendant Wigdor LLP, offering to respond to and rebut facts contained in plaintiff's letter, Dkt. 110.  The Court's order stands, and the Court does not view any further letters on this subject as productive.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: May 2, 2022
       New York, New York