

1350 Broadway, Suite 2220, New York, NY 10018
phone: 646-843-8180 | fax: 646-478-9768
km@mintzerfirm.com | www.mintzerfirm.com
Kevin Mintzer, Attorney At Law

June 1, 2022

VIA ECF
Hon. Paul A. Engelmayer
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

                Re:        Black v. Ganieva et. al, 21 Civ. 8824 (PAE)

Dear Judge Engelmayer:

       We represent defendant Guzel Ganieva. Per the Court's Order (Dkt. 117), we write jointly with plaintiff Leon Black to update the Court about the status conference in the state court action, *Ganieva v. Black,* Index. No. 155262/2021 (Sup. Ct. N.Y. Cnty.), which was scheduled to take place on May 25, 2022.

       On May 23, 2022, Black filed a motion to dismiss plaintiff's Second Amended Complaint in the state action and a notice of appeal of Justice Cohen's May 6, 2022 opinion previously provided to this Court. Black also requested Justice Cohen adjourn the May 25 conference on the ground that discovery in the case was automatically stayed by the filing of a motion to dismiss under CPLR § 3214(b). Justice Cohen granted Black's request to adjourn over Ganieva's objection that the conference should proceed. The court adjourned the conference until September 20, 2022.

       Following the adjournment, Ganieva proposed to Black that the parties agree to proceed with discovery while Black's motion to dismiss was pending. Black did not agree.

       Black's motion to dismiss is scheduled to be fully briefed by June 15, 2022.

       The parties have agreed to a schedule according to the attached stipulation, with document discovery and party depositions to be completed by April 2023 and dispositive motions to be filed by December 2023.

       The parties are available to answer any questions that the Court may have concerning the state court action.

                                                    Respectfully submitted,

                                                    /s/ Kevin Mintzer

Attachment
cc: Counsel of Record (via ECF)