UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leon D. Black,<br><br>                                   Plaintiff,<br><br>- against -<br><br>Guzel Ganieva, Wigdor LLP, Josh Harris, and Steven Rubenstein,<br><br>                                   Defendants. | No. 1:21-cv-08824-PAE<br><br>Hon. Paul A. Engelmayer<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiff Leon D. Black ("Plaintiff") hereby appeals to the United States Court of Appeals for the Second Circuit from (A) the Order of the United States District Court for the Southern District of New York (Engelmayer, J.), entered on April 25, 2022 (ECF No. 108), which denied Plaintiff's motion for leave to file a second amended complaint (ECF No. 103); (B) the Opinion and Order of the United States District Court for the Southern District of New York (Engelmayer, J.), entered on June 30, 2022 (ECF No. 120), which dismissed with prejudice Plaintiff's RICO and RICO conspiracy claims; and (C) from any and all other rulings adverse to Plaintiff.

Dated:  July 13, 2022

                                                                Respectfully submitted,

                                                                */s/ Reid M. Figel*

| | |
|---|---|
| Susan R. Estrich<br>Estrich Goldin LLP<br>947 Berkeley St.<br>Santa Monica, CA 90403<br>(213) 399-2132<br>susan@estrichgoldin.com | Reid M. Figel<br>Michael K. Kellogg<br>Kellogg, Hansen, Todd, Figel<br>  & Frederick, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>(202) 326-7900<br>rfigel@kellogghansen.com<br>mkellogg@kellogghansen.com |

                                     *Attorneys for Plaintiff Leon D. Black*